```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00007 AWI |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| VUE HER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann Voris, attorney for Vue Her, that the sentencing set for January 9, 2012 be continued to January 17, 2012 at 9:00 a.m. The undersigned AUSA is scheduled to appear before the Ninth Circuit Court of Appeals on January 9, 2012 at 9:30 a.m. to present oral argument in U.S. v. Marcus Major, 10-10147 and U.S. v. Jordan Huff 10-10148, and has conferred with defense counsel who has agreed to

///

///

///

the request to continue the sentencing hearing.

Dated: January 3, 2012          Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                           By   /s/ Kimberly A. Sanchez
                                KIMBERLY A. SANCHEZ
                                Assistant U.S. Attorney

Dated: January 3, 2012          /s/ Ann Voris
                                ANN VORIS
                                Attorney for Vue Her

**ORDER**

IT IS SO ORDERED.

Dated:     January 3, 2012     _____
                                CHIEF UNITED STATES DISTRICT JUDGE